FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR 14  P 1: 19

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALLEN CROSBY | CIVIL ACTION |
| VERSUS | NO. 00-367 |
| BURL CAIN, WARDEN | SECTION "F" |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and the ojections filed by petitioner to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion, Accordingly;

IT IS ORDERED that Allen Crosby's "Application Seeking Leave to File" a petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 is Denied.

New Orleans, Louisiana, this 14th Day of April, 2000.

DATE OF ENTRY
APR 1 4 2000

_____
UNITED STATES DISTRICT JUDGE