```
                                              FILED
                                      U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LA

                                      2000 APR 14  P 1: 19

                                      LORETTA G. WHYTE
         UNITED STATES DISTRICT COURT         CLERK
         EASTERN DISTRICT OF LOUISIANA
```

ALLEN CROSBY                                    CIVIL ACTION

VERSUS                                          NO. 00-367

BURL CAIN, WARDEN                               SECTION "F"


## JUDGMENT

For the written reasons of the Court on file herein, accordingly;

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment denying the "Application Seeking Leave to File" a petition for writ of habeas corpus pursuant to 28 U.S.C. 2254.

New Orleans, Louisiana, this 14th Day of April, 2000.


_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
APR 1 4 2000