

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAY 04 2000

LORETTA G. WHYTE
CLERK

ALLEN CROSBY

VERSUS

BURL CAIN, WARDEN

CIVIL ACTION

NO. 00-367

SECTION "F"

### NOTICE TO APPEAL TO THE FIFTH CIRCUIT COURT OF APPEALS
### FROM THE ORDER AND JUDGMENT OF THE DISTRICT COURT

Notice is hereby given that **ALLEN CROSBY**, petitioner above named, is appealing to the United States Court of Appeals for the Fifth Circuit from the order and judgment of this Honorable Court denying petitioner's "Application Seeking Leave To File" a petition for habeas corpus relief pursuant to 28 U.S.C. § 2254.   This order and judgment was signed and both entered into the record on April 14, 2000.

According to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, notice of appeal in a civil case is to be timely filed with the Clerk of the District Court within thirty days "after the entry of the judgment or order appealed from ...."

**WHEREFORE**, this Notice of Appeal is timely filed and hereby notices the Court of petitioner's desire to appeal to the United States Fifth Circuit Court of Appeals.

Petitioner declare under the penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Allen Crosby
94047 – Cypress 2
Louisiana State Prison
Angola, LA 70712

This _1st_ day of _May_, 2000.

Fee not paid
Process
X Dktd
X CtRmDep
Doc.No.