UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Allen Crosby #94047 | CIVIL ACTION |
| VERSUS | NO. 00-367 |
| Burl Cain | SECTION "F" |

### CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

☒ a certificate of appealability shall not be issued for the following reason(s): Petitioner has not made a substantial showing of the denial of any constitutional right. Reasonable jurists would not disagree about the result reached by the Court.

Date: 5.22.00

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAY 2 3 2000