IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
**FILED**
AUG 23 2000
CHARLES R. FULBRUGE III
CLERK

No. 00-30578
USDC No. 00-CV-367-F

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED AUG 24 2000
LORETTA G. WHYTE
CLERK

ALLEN CROSBY,

Petitioner-Appellant,

versus

BURL CAIN, Warden,
Louisiana State Penitentiary;
LOUISIANA STATE PRISON,

Respondents-Appellees.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
--------------------

O R D E R:

IT IS ORDERED that the application of Louisiana state prisoner (# 94047) Allen Crosby for a certificate of appealability (COA) is DENIED. Crosby's habeas corpus claims (1) of ineffective assistance of his trial and appellate counsel, and (2) that the Antiterrorism and Effective Death Penalty Act of 1996 does not apply to his habeas petition have been rejected in previous federal habeas proceedings. See 28 U.S.C. § 2244(b)(1).

In this proceeding, Crosby seeks to raise the same habeas claims as to which this court denied a COA and sanctioned Crosby by ordering him to pay $105 to the court in addition to the $105 appellate filing fee which he had paid. See Crosby v. Cain, No. 98-31191 (5th Cir. Apr. 22, 1999) (unpublished). Crosby

O R D E R
No. 00-30578
- 2 -

complied with this sanction, and he has paid the appellate filing fee relative to the instant proceeding.

IT IS ORDERED, accordingly, that Crosby shall pay a sanction of $210 for bringing this frivolous proceeding. IT IS FURTHER ORDERED that Crosby shall remit payment to the Clerk of this court. The Clerk of this court and the Clerks of all federal district courts within this circuit are directed to refuse to file any habeas corpus application, appeal, or COA motion; any motion for authorization to file a successive habeas corpus application; or any civil complaint or appeal by Crosby unless Crosby submits proof of his compliance with this sanction order.

CAROLYN DINEEN KING
CHIEF JUDGE

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana   AUG 23 2000