# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

April 15, 2005

Mr Allen Crosby
Louisiana Department of Public Safety & Corrections
Louisiana State Penitentiary
#94047, Unit 2
General Delivery
Cypress
Angola, LA 70712

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  APR 15 2005
LORETTA G. WHYTE
CLERK
```

No. 00-30578  Crosby v. Cain
    USDC No.  00-CV-367-F

I enclose our receipt #064448 verifying payment of sanctions issued by this court on August 23, 2000.  By copy of this letter, I also advise the district court that the sanction has been satisfied.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _Allison Lopez_
Allison Lopez, Deputy Clerk
504-310-7702

Enclosure
cc:  Ms Loretta Whyte, Clerk

MISC-12

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____